# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**CASE NO: 4:21-CR-66-MPM-JMV**  **LOCATION HELD: AMORY COURTROOM 1 VIDEO**
(Defendant appeared by video from Oxford Courtroom 1 VTC)

**UNITED STATES OF AMERICA V. MELVIN HILSON**

**DATE & TIME BEGUN:** 6/28/2021 @ 3:12 p.m.

**DATE & TIME ENDED:** 6/28/2021 @ 3:16 p.m.

**TOTAL TIME:** 4 min

**PRESENT:**
**HONORABLE DAVID A. SANDERS, U. S. MAGISTRATE JUDGE**

| Jennifer L. Frantz | Digital Recording |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**     **ATTORNEY(S) FOR DEFENDANT(S):**

**PROCEEDINGS: Initial Appearance on an Indictment**

**ENTRY TO BE MADE ON DOCKET:**
Proceedings held by video. Initial Appearance: Defendant consented to proceed by video. Court found that the Defendant qualified for appointed counsel and appointed FPD to represent the Defendant; The Government is not seeking detention; Bond was set at $10,000 unsecured. Arraignment set for Thursday, July 1, 2021 at 3:30 p.m. by video. Defendant was not placed on Pre-trial Supervision and Judge ordered Defendant released pending future proceedings.

**DAVID CREWS, CLERK**

/s/ Jennifer L. Frantz
Courtroom Deputy