IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 4:21cr66

MELVIN HILSON

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed.R.Crim.P. 10(b), Melvin Hilson, defendant in the above-styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to all counts of the Indictment. The defendant further affirms that he has received a copy of the Indictment and has discussed the charges contained in the Indictment, and maximum statutory penalties, with his attorney.

Dated: June 28, 2021

_____        _____
Melvin Hilson, Defendant           Merrill K. Nordstrom, Attorney

ACCEPTED BY THE COURT this the 29th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE