AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:21CR066 |
| MELVIN HILSON | ) | |
| Defendant | ) | |

*RECEIVED JUN 29 2021 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI*

*U.S. MARSHALS NORTHERN DISTRICT OF MISSISSIPPI 2021 JUN 25 PM 12:38 RECEIVED 2142-0625-0908-J*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MELVIN HILSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

DEPRIVE CIVIL RIGHTS

Date:   06/25/2021

*Issuing officer's signature*: Deputy Clerk

City and state:   Oxford, Mississippi

*Printed name and title*: David Crews, Clerk

### Return

This warrant was received on *(date)* 6/25/21, and the person was arrested on *(date)* 6/28/21
at *(city and state)* Parchman, MS.

Date: 6/28/21

*Arresting officer's signature*

*Printed name and title*: SA David Cook FBI